# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# GAINESVILLE DIVISION

**AMANDA L MORRISON,**

    **Plaintiff,**

v.                                      **CASE NO. 1:05-cv-00182-SPM-AK**

**ALACHUA COUNTY SHERIFF'S OFFICE,**
**MATT BARR,**
**PAUL BERNAL,**
**VERNELL BROWN,**
**TONY CANCHOLA,**
**EMORY GAINEE,**
**JACK JACOBS,**
**FRANK KINSEY,**
**KATHY LONG,**
**SHERIFF STEPHEN M OELRICH,**
**TOM WITHERINGTON,**

    **Defendants.**
_____/

## O R D E R

Presently before the Court is Plaintiff's Motion for IFP (doc. 2) and an amended complaint. (Doc 9). The Court deferred ruling on the motion for IFP pending submission of the amended complaint anticipating that Plaintiff would be more factual specific about her claims. The amended complaint is again not specific enough to discern what the Defendants did to violate Plaintiff's constitutional rights. Plaintiff must provide facts about what happened to her and who did what, when and where or she will not be granted leave to proceed without prepayment of court costs. She must complete fully the form complaint sent to her and not attach a narrative as she did in this case. Further, the Court finds that the pending motion for leave to proceed in forma pauperis should be denied and a new form sent to Plaintiff for completion. Plaintiff represents in the present motion that she has

no income, pays no rent, has a dependent identified as "Others," owns nothing, owes nothing, and does not have a spouse, but then explains that he is a disabled veteran. Proceeding in court without paying costs is not a right. It is dependant upon financial factors and the form must be completed to provide a full picture of a person's ability to pay the filing fee. The facts set out in the form affidavit do not paint an accurate picture.

Accordingly, it is

**ORDERED:**

1. The motion for leave to proceed (doc. 2) is **DENIED**.

2. The Clerk shall mail to Plaintiff a form complaint for non-prisoners filing under 42 U.S.C. §1983, which Plaintiff shall complete in its entirety, and a form Affidavit of Financial Status, which Plaintiff shall complete in its entirety or risk dismissal of this case. Both forms shall be filed on or before **February 22, 2006.**

**DONE AND ORDERED** this  **2nd** day of February, 2006.

*s/ A. KORNBLUM*
**ALLAN KORNBLUM**
**UNITED STATES MAGISTRATE JUDGE**