**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION**

**AMANDA L MORRISON,**

    **Plaintiff,**
v.                                     **CASE NO. 1:05-cv-00182-SPM-AK**

**ALACHUA COUNTY SHERIFF'S OFFICE,**
**et al,**

    **Defendants.**
_____/

**REPORT AND RECOMMENDATION**

By Order dated February 2, 2006, Plaintiff's motion for leave to proceed in forma pauperis was denied because her affidavit was incomplete and conflicting.  She was also ordered to file a second amended complaint, with a new motion for leave to proceed IFP, because the original and amended complaint stated no constitutional claims and lacked factual specificity.  (Doc. 11).  She was ordered to submit the new filings on or before February 22, 2006.  (Doc. 11).  When nothing was filed, the Court entered a show cause order directing a response on or before March 29, 2006.  (Doc. 12).  Nothing has been filed and there has been no further communication by Plaintiff with the Court.

A trial court has inherent power to dismiss a case *sua sponte* for failure to prosecute. Link v. Wabash Railroad, 370 U.S. 626, 82 S. Ct. 1386, 8 L.Ed2d 734 (1962).  Fed. R. Civ. P. 41(b) also authorizes a district court to dismiss an action for failure to obey a court order. Plaintiff has failed to comply with two orders of this Court (docs. 11 and 12) and has not otherwise prosecuted her lawsuit.  Consequently, this case should be dismissed.

Accordingly, it is respectfully **RECOMMENDED** that this case be **DISMISSED** with

prejudice.

**IN CHAMBERS** at Gainesville, Florida, this 4th day of May, 2006.

                              **s/ A. KORNBLUM**
                              **ALLAN KORNBLUM**
                              **UNITED STATES MAGISTRATE JUDGE**

**NOTICE TO THE PARTIES**

      A party may file specific, written objections to the proposed findings and recommendations within 15 days after being served with a copy of this report and recommendation. A party may respond to another party's objections within 10 days after being served with a copy thereof. Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.